**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **TERRANCE D. GODFREY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-cv-496-SMY** |
| | ) | |
| **BRYAN EASTON, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

**YANDLE, District Judge:**

Before the Court is Plaintiff Terrance D. Godfrey's *pro se* motion for transcripts (Doc. 237). Godfrey seeks two copies of the trial transcript in this matter. Generally, the District Clerk will mail paper copies of any document to a party only upon prepayment of the required fee. According to 28 U.S.C. § 1914(b), the clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States. The Judicial Conference Schedule of Fees section (4) provides that a fee of $.50 per page shall apply for reproducing any record or paper. The Court is under no obligation to furnish free photocopies to indigent litigants. *See Robinson v. Miscellaneous*, 2009 WL 1649697, at *4 (E.D. Wis. June 11, 2009) (quoting *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990)) (Although the plaintiff was granted leave to proceed in the district court as a pauper, that status waives only prepayment of fees and costs and security.... It does not give the litigant a right to have documents copied and returned to him at government expense.).

Accordingly, the motion is **DENIED**.  If Godfrey wishes to pay for a copy of the requested documents, he will need to send a letter to the Clerk of Court and must pay the $.50 per page copying fee.

**IT IS SO ORDERED.**

**DATED:  November 22, 2022**

**STACI M. YANDLE**
**United States District Judge**