IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRANCE GODFREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-496-SMY |
| | ) |
| RICHARD HARRIS and | ) |
| BRUCE GUTREUTER | ) |
| | ) |
| Defendants. | ) |

## ORDER

**YANDLE, District Judge:**

Before the Court is Plaintiff Terrance D. Godfrey's pro se motion for free transcripts (Doc. 252). Godfrey requests the transcripts of his jury trial for his pending appeal.

A party permitted to appeal in forma pauperis may request via motion that the fees for transcripts "be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f). Although Godfrey did not request to proceed in forma pauperis in his appeal, he may request in forma pauperis status for the purpose of requesting transcripts (*see* Doc. 253). Any request should be accompanied by an asset affidavit demonstrating that he is unable to pay the cost of the requested transcripts. *Id*.

Because Godfrey has not provided an asset affidavit in support of his motion, the Court is unable to ascertain whether he qualifies for indigent status. Therefore, his motion is **DENIED**.

IT IS SO ORDERED.

DATED: February 22, 2023

STACI M. YANDLE
United States District Judge