IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRANCE GODFREY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-cv-496-SMY |
| RICHARD HARRIS and BRUCE GUTREUTER | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

**YANDLE, District Judge:**

Before the Court is Plaintiff Terrance D. Godfrey's Affidavit, which the Court construes as a renewed motion for free transcripts (Doc. 257). Godfrey requests the transcripts of his jury trial for his pending appeal.

Although Godfrey did not request to proceed in forma pauperis in his appeal, he may request in forma pauperis status for the purpose of requesting transcripts (*see* Doc. 253). Any request should be accompanied by an asset affidavit demonstrating that he is unable to pay the cost of the requested transcripts. *Id*.

In his affidavit, Godfrey states that he does not have documentation supporting his financial assets. Because Godfrey has not provided the requisite documentation in support of his motion, the Court is unable to ascertain whether he qualifies for indigent status. Therefore, his motion is **DENIED**.

IT IS SO ORDERED.

DATED: November 2, 2023

STACI M. YANDLE
United States District Judge